AO-10 (WP)
Rev. 2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Nowlin, James R. | U.S.D.C., Austin, Texas | 04/6/04 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.D.C. Judge, Senior | __ Nomination, Date 10/26/81<br>__ Initial XX Annual __ Final | 01/01/03 to 12/31/03 |

| 7. Chambers or Office Address<br>U.S. Courthouse<br>200 W. 8th Street<br>Austin, Texas 78701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

A. Filer's Non-Investment Income

[ ] NONE (No reportable non-investment income.)

| | | |
|---|---|---|
| 1 2003 | State Employees' Retirement System of Texas | $ 31,708.60 |
| 2 | | $ |
| 3 | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

[X] NONE (No reportable non-investment income.)   N/A

1

2

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Nowlin, James R. | 04/06/04 |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

SOURCE                                           DESCRIPTION

[X] 1  NONE (No such reportable reimbursements.)

2 _____    _____

3 _____    _____

4 _____    _____

5 _____    _____

6 _____    _____

7 _____    _____

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

SOURCE                          DESCRIPTION                          VALUE

[X] 1  NONE (No such reportable gifts.)

1 _____    _____    $ _____

2 _____    _____    $ _____

3 _____    _____    $ _____

4 _____    _____    $ _____

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

CREDITOR                          DESCRIPTION                          VALUE CODE*

[X] 1  NONE (No reportable liabilities.)

2 _____    _____    _____

3 _____    _____    _____

4 _____    _____    _____

5 _____    _____    _____

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Nowlin, James R. | 04/06/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure* | B. Income during reporting period (1) Amt. Code 1 (A-H) | B. (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income,) | | | | | | | | | |
| 1 Farm-Bastrop County, Tx. | C | farm | O | Q | | | | | |
| 2 Smith, Barney, Austin, Tx. | A | Int. | N | T | | | | | |
| 3 Livestock, crop-#1 abv. | C | farm | K | T | | | -- | | |
| 4 Affil. Computer Svcs. A | A | none | J | T | | | | | |
| 5 Cisco Systems | A | none | J | T | | | | | |
| 6 Clear Channel Comm. | A | none | J | T | | | | | |
| 7 Euro Disney S Cl Shares | A | none | J | T | | | | | |
| 8 Euro Disney Warrants 7/04 | A | none | J | T | | | | | |
| 9 First Natl. Bank, Bastrop, Tx. | A | int. | J | T | | | | | |
| 10 General Electric | A | divd. | J | T | | | | | |
| 11 Nokia | A | none | J | T | | | | | |
| 12 Pfizer | A | divd. | J | T | | | | | |
| 13 SBC Communications | A | divd. | J | T | | | | | |
| 14 Dominion Exploration & Production, Inc. | A | Roy. | J | W | | | | | |
| 15 EXCO Resources, Inc. | A | Roy. | J | W | | | | | |
| 16 GulfMark Energy, Inc. | A | Roy. | J | W | | | | | |
| 17 ConocoPhillips Co. | A | Roy. | J | W | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 | |
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | | |
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | | |
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | | |
| | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | | |
| | U=Book value | V=Other | W=Estimated | | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Nowlin, James R. | 04/06/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 18.D.Y. Exploration,Inc | A | Roy. | J | W | | | | | |
| 19.Journey Operating | A | Roy. | J | W | | | | | |
| 20.Blanco Oil & Gas | B | lease | J | W | | | | - - | |
| 21.McCombs Energy,LLC | A | Roy. | J | W | | | | | |
| 22.Phillips 66 Co. | A | Roy. | J | W | | | | | |
| 23.Plains Marketing,LP | A | Roy. | J | W | | | | | |
| 24.Franklin/Leslie Lewis | A | Roy. | J | W | | | | | |
| 25.Chevron-Texaco | A | Roy. | J | W | | | | | |
| 26.Compostella Oil Co. | A | Roy. | J | W | | | | | |
| 27.Seminole Transp. | A | Roy. | J | W | | | | | |
| 28.Tiger Resources,LLC | A | Roy. | J | W | | | | | |
| 29.Intl. House of Pancakes (IHOP) | C | divd. | J | T | buy | 4/3/03 | J | | market |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part VII (A):

Re items #14 through #28 –

Oil/Gas Royalty Interest Lessors/Payors: No new royalty interests were bought or sold during this reporting period. ANY CHANGE OR DIFFERENCE IN PAYORS LISTED HEREIN FROM PRIOR REPORTS DOES NOT INDICATE ANY SALE OR ACQUISITION OF ROYALTY INTERESTS BUT ONLY REFLECTS CHANGES, IF ANY, IN LEASE OPERATORS OR AN ABSENCE OF ROYALTY INCOME FROM A PARTICULAR INTEREST DURING THIS REPORTING PERIOD. Under Texas law, an oil or gas royalty interest is not an interest in real estate.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ~~B R. NOWLIN~~                    Date  April 6, 2004

NOTE: A~~N IN~~DIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT ~~TO CIV~~IL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544